UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT MICHAEL FREDERICK,<br><br>                              Plaintiff,<br><br>         -against-<br><br>U.S.A.,<br><br>                              Defendant. | 24cv1626 (LTS)<br><br>CIVIL JUDGMENT |

   For the reasons stated in the April 18, 2024, order, this action is dismissed.

   The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

 Dated:   April 18, 2024
          New York, New York

                                         /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                         Chief United States District Judge